**Order entered February 5, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01573-CR
### No. 05-19-01574-CR

## CHRISTOPHER GERARD PRUITT, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-55426-S & F18-55425-S**

### ORDER

Before the Court is appellant's February 1, 2021 fourth motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief due on March 1, 2021. If a brief is not filed by that date, the Court will abate the appeals for a hearing. *See* TEX. R. APP. P. 38.8(b).

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE